# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>       v.<br><br>JOVA SOTO d/b/a LA ENCHILADA; JUAN SOTO d/b/a LA ENCHILADA; MANCHESTER MOTEL, LLC, a California limited liability company,<br><br>            Defendants.<br>_____/ | Case No. 1:14-cv-02003-LJO-SKO<br><br>**ORDER EXTENDING THE TIME FOR DEFENDANT ROSS DRESS FOR LESS, INC., TO RESPOND TO THE COMPLAINT**<br><br>(Doc. 11) |

The parties have previously stipulated to extensions of time for Defendants Juan Soto, Jova Soto, and Manchester Hotel, LLC, to respond to the Complaint to February 17, 2015.  (Doc. 8.) The parties request a further extension of time to continue settlement negotiations and settle on a proposed plan of remediation.  (Doc. 10.)

The Court has reviewed the parties' stipulation and, good cause appearing, Defendants Juan Soto, Jova Soto, and Manchester Hotel, LLC, shall have up to and including March 11, 2015, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:   **February 27, 2015**                             **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE