Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>        vs.<br><br>JOVA SOTO dba LA ENCHILADA, et al.,<br><br>            Defendants. | No.  1:14-cv-02003-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: March 26, 2015                    MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorneys for Plaintiff
                                        Ronald Moore

1 | **<u>ORDER</u>**

2 | Good cause appearing,

3 | IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4 | The Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: March 26, 2015**

>                                             /s/ Lawrence J. O'Neill
>                                             **United States District Judge**